IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv380

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ONE 2008 MERCEDES C300, | ) | |
| Defendant. | ) | |

Pending before the Court is the Motion to Stay [# 13]. Previously, the Court stayed these proceedings for 120 days. The Court instructed the Government that after the expiration of the 120 day period, the stay shall automatically dissolve unless the Government can show by motion (accompanied by a status report) reasons why the stay should not be lifted. The Government now moves pursuant to 18 U.S.C. § 981(g)(1), to extend the stay for another thirty days so that the parties can finalize plea negotiations. Upon a review the docket, the motion, and the relevant legal authority, the Court **GRANTS** the Motion [# 13]. The Court Stays this case for an additional thirty days.

Signed: June 24, 2013

Dennis L. Howell
United States Magistrate Judge