# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv380

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ONE 2008 MERCEDES C300, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Motion to Stay [# 15]. Previously, the Court stayed these proceedings for 120 days. The Court then extended the stay for an additional thirty days. The Government now moves the Court pursuant to 18 U.S.C. § 981(g)(1), to extend the stay for another sixty days so that the parties can finalize plea negotiations. Upon a review the docket, the motion, and the relevant legal authority, the Court **GRANTS** the Motion [# 15]. The Court Stays this case for an additional sixty days.

Signed: August 21, 2013

Dennis L. Howell
United States Magistrate Judge