IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 cv 380

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ONE 2008 MERCEDES C300 SEIZED | ) | |
| ON JUNE 5, 2012 FROM ALEX DEAN | ) | |
| NELSON AT 4640 CELIA CREEK | ) | |
| ROAD, LENOIR, NORTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties were required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within seven (7) days thereafter. The record reflects that the undersigned granted motions made by the Government to stay this action and that the stay expired on October 21, 2013. The Court will consider there was joinder of the issues in this matter on October 21, 2013.

**ORDERED**

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial

1

attorneys' conference on or before November 4, 2013 and shall filed a certificate of initial attorneys' conference with the Court no later than November 11, 2013.

Signed: October 30, 2013

Dennis L. Howell
United States Magistrate Judge