THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00380-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ONE 2008 MERCEDES C300 SEIZED | ) | |
| ON JUNE 5, 2012 FROM ALEX DEAN | ) | |
| NELSON AT 4640 CELIA CREEK | ) | |
| LENOIR, NORTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Complaint for Forfeiture *In Rem* without prejudice and the parties' proposed settlement of forfeiture via a Joint Motion for and Stipulation to Preliminary Order of Forfeiture in the criminal case against the Claimant in this civil action [Doc. 21].

In light of the parties' settlement and stipulation to forfeiture of the Mercedes automobile in the criminal case, the Court will grant the Government's motion to dismiss the present civil action.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Complaint [Doc. 21] is **GRANTED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: November 20, 2013

Martin Reidinger
United States District Judge