# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| United States of America , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:12-cv-00380 |
| | ) | |
| vs. | ) | |
| | ) | |
| ONE 2008 MERCEDES C300 SEIZED ON JUNE 5, 2012 FROM ALEX DEAN NELSON AT 4640 CELIA CREEK LENOIR, NORTH CAROLINA, | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2013 Order.

November 21, 2013

Frank G. Johns, Clerk
United States District Court